THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THEODORE MARTIN, *et al.*, | CASE NO. C21-1164-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| STATE FARM FIRE AND CASUALTY COMPANY, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Per the parties' notice of settlement, (Dkt. No. 10), it is hereby ORDERED that the initial case management dates (Dkt. No. 6) are VACATED and that the parties shall file their notice of dismissal within 30 days or show cause why this case should not be dismissed based on the settlement.

DATED this 27th day of January 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C21-1164-JCC
PAGE - 1