THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THEODORE MARTIN and GAELYN MARTIN,<br><br>                    Plaintiffs,<br>     v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>                    Defendant. | CASE NO. C21-1164-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties' stipulated motion to dismiss (Dkt. No. 12) is GRANTED. This case is hereby DISMISSED with prejudice and without costs.

DATED this 22nd day of February 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk
